# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2317

_____

| | | |
|---|---|---|
| Eddie Risdal, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Judy Burton; James R. Burton; John | * | Southern District of Iowa. |
| Sanders; Osborn, sued as Officer | * | |
| Osborn; Paul Hedgepeth; Gutman, | * | [UNPUBLISHED] |
| sued as Sr. Gutman; Perkins, sued as | * | |
| Officer Perkins, | * | |
| | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  November 23, 1998
Filed:  December 3, 1998

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Eddie Risdal alleged prison officials violated his constitutional rights when they searched his cell and seized certain personal possessions.  After a bench trial, the district court[1] entered judgment for the defendants

_____

[1]The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.

in accordance with the court's written findings. On appeal, Risdal did not provide a trial transcript. Instead, he moved for preparation of one at government expense. After careful review of the briefs and the district court file, we deny the motion for a transcript and affirm the district court's judgment. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.